DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

GREGORY, MICHAEL

GREGORY, LISA

Debtor(s)

Chapter 13
Case No.  10-5-5468 RLE

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting Date: July 19, 2010 @ 2:30 p.m.
Pre-Hearing Conference Date: September 16, 2010
Pre-Hearing Conference Time: 2:00 pm
Place: 280 S. 1st Street
    San Jose, CA Room 3099
Judge:  Roger L. Efremsky

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 33% Plan for the following reasons:

1. The Trustee objects to feasibility of the proposed plan pursuant to 11 U.S.C. 1325(a)(6) for the following reason:  The proposed plan does not provide for arrears and/or on-going payments to junior lienholders on real property because a motion or adversary to eliminate the lien will be filed.  This proposal does not demonstrate how the debtor(s) will be able to pay the amounts due to junior lienholders in the event the debtor is not successful in eliminating the lien.

2. The Trustee is unable to determine whether all of the debtors' projected disposable income is being applied to make payments to unsecured creditors under the plan as required by 11 U.S.C. §1325(b)(1)(B). Pursuant to the Statement of Current Monthly Income, the debtors are attempting to deduct $970.71 in Line 55 and a total of $429.10 in Line 57 for 401K contributions and loan repayments. These amounts are not supported by the schedules. Further, the debtors have deducted incorrect amounts in Lines 27A, 28 and 50.

3. The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) because the debtor has not provided her with a complete tax return for the tax year 2009. Until this tax return has been provided, she is unable to recommend confirmation of the proposed Plan. NOTE: The 2009 tax return received May 27, 2010 did not include Schedule A.

Dated: July 16, 2010     /S/ Devin Derham-Burk

Chapter 13 Trustee

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am over the age of 18 years, not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on July 16, 2010.

Said envelopes were addressed as follows:

| | |
|---|---|
| Michael Gregory<br>Lisa Gregory<br>9455 Manzanita Ave<br>Ben Lomond, CA 95005 | Michael Mehr<br>100 Doyle St #A<br>Santa Cruz, CA 95062 |

/S/ Erin Chew
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 10-5-5468 RLE